JACK KAUFMAN, Doing Business as the EMERSON-STEUBEN MILLS, Respondent, v. BAY STATE UPHOLSTERY CO., INC., Appellant.— Order requiring defendant separately to state and number certain paragraphs of its answer reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The first counterclaim states but one cause of action. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

LILLIAN KERSHNER, Appellant, v. DAVID KERSHNER, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion for reduction of alimony denied, with ten dollars costs. The record fails to show any change of circumstances on the part of the defendant sufficient to warrant the order made. Appeal from order denying motion for reargument dismissed. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

MAUDE KIERSTEDT, Appellant, v. STEFANO LOPICCOLO and Others, etc., Defendants, Impleaded with MANUFACTURERS TRUST COMPANY, Respondent.— Order appealed from modified by providing therein that plaintiff may purge herself of contempt and be relieved of the stay of proceedings by producing the receipt given her by the Roosevelt Savings Bank for the money which she says she paid for the bond and mortgage; her bank book in the Fulton Savings Bank; her bank book of the bank from which she testified she drew $6,000 on the day the mortgage was assigned, the name of which bank she did not give on the examination; plaintiff's bank book on the Williamsburg Savings Bank, and the receipt given to plaintiff by Sachs for the $6,000 said to have been turned over to him; plaintiff's bank book on the Corn Exchange Bank, and plaintiff's bank book showing savings account in the Fulton Savings Bank, for discovery and inspection by the respondent at its attorneys' office on five days' notice to the plaintiff's attorney. In the event that the appellant comply with the foregoing conditions, the order appealed from, as so modified, is affirmed, without costs. If the appellant fail to purge herself of contempt by such compliance, the order appealed from is affirmed, with ten dollars costs and disbursements to respondent. No opinion. Young, Kapper, Scudder, Tompkins and Davis, JJ., concur.

AIDA KITT, Respondent, v. MARIE ECKHARDT, Appellant.— Order denying defendant's motion to vacate an order of arrest and for other relief affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

ANN LA BAR, Appellant, v. LELAND LA BAR, Respondent.— Order denying plaintiff's motion for alimony and counsel fee and said order as resettled affirmed. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

EILEEN MACPHEE, an Infant, by ARTHUR MACPHEE, Her Guardian ad Litem, Respondent, v. ALLENVILLE CONSTRUCTION CO., INC., Appellant. ARTHUR MACPHEE, Respondent, v. ALLENVILLE CONSTRUCTION CO., INC., Appellant.— Order granting plaintiffs' motion for a special calendar preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.